UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 19, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-06-0016-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| NEFTALY HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __NEFTALY HERNANDEZ__ , Case No. __CR.S-06-0016-GGH__ , Charge __18USC § 1028__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $__

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    __ (Other) __

Issued at __Sacramento, CA__ on __January 19, 2006__ at __3:10 pm__ .

            By    /s/ Gregory G. Hollows
              Gregory G. Hollows
              United States Magistrate Judge

Copy 5 - Court